1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT
9      EASTERN DISTRICT OF CALIFORNIA
10

11 | MICHAEL REYES-VILLANUEVA,           | 1:24-cv-00493-EPG (PC)
12 |             Plaintiff,              |
13 |     v.                              | ORDER GRANTING APPLICATION TO
   |                                     | PROCEED *IN FORMA PAUPERIS*
14 | TYSON POUG, *et al.*,               |
   |                                     | (ECF No. 2)
15 |             Defendants.             |
16 |                                     | AND
17 |                                     |
   |                                     | ORDER DIRECTING PAYMENT
18 |                                     | OF INMATE FILING FEE BY THE
   |                                     | MADERA COUNTY SHERIFF
19

20  Plaintiff Michael Reyes-Villanueva appears to be a detainee proceeding *pro se* in this civil

21 rights action pursuant to 42 U.S.C. § 1983. He has requested leave to proceed *in forma pauperis*

22 pursuant to 28 U.S.C. § 1915 (ECF No. 2). Plaintiff has made the showing required by § 1915(a)

23 and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to

24 pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is

25 obligated to make monthly payments in the amount of twenty percent of the preceding month's

26 income credited to plaintiff's trust account. The Madera County Sheriff is required to send to the

27 Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds

28 $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

1

Accordingly, **IT IS ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**;
2. **The Madera County Sheriff or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**
3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application (ECF No. 2) on the Madera County Sheriff located at 195 Tozer Street, Madera, CA 93638.
4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: __**April 29, 2024**__      /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE