UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL REYES-VILLANUEVA,<br><br>   Plaintiff,<br><br>  v.<br><br>TYSON POUG, *et al.*,<br><br>   Defendants. | 1:24-cv-00493-JLT-EPG (PC)<br><br>ORDER REGARDING CHANGE OF ADDRESS NOTICE<br><br>(ECF No. 8). |

  Plaintiff Michael Reyes-Villanueva appears to be a detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 15, 2024, mail sent to Plaintiff at the address he provided for the Madera County Jail was returned as undeliverable, return to sender, unable to forward.

  On September 18, 2024, Plaintiff filed an undated notice of change of address; however, he listed the same address for the Madera County Jail that he provided at the beginning of this case. (ECF No. 8). Additionally, Plaintiff states that he does not know his case number.

  Plaintiff is advised of Local Rule 183(b).

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

E.D. Local Rule 183(b).

  The Court is concerned that Plaintiff provided the same address for this case that was

1

previously on file, even though mail was recently returned as undeliverable to that address. If future mail directed to Plaintiff is returned as undeliverable, this case may be dismissed.

      Accordingly, IT IS ORDERED as follows:

1. Plaintiff is advised that he must keep the Court updated with a current address at all times or this case may be dismissed.

IT IS SO ORDERED.

Dated: **September 20, 2024**        /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE